# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) ) | FILE NO. 4:11-cv-00211-HLM |
| ROBIN POPHAM, | ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S
FIRST REQUEST FOR ADMISSIONS**

Pursuant to Fed. R. Civ. P. 36 and the Local Rules of this Court, Plaintiff West Coast Productions, Inc. herein responds to Defendant's First Request For Admissions.

**DEFINITIONS**

Plaintiff objects to Defendant's definitions to the extent they go beyond the Federal Rules of Civil Procedure and the case law interpreting those rules in this Circuit.

1

## REQUEST FOR ADMISSIONS

Plaintiff objects to request Nos. 1, 164, 165 and 166, as they are phrased as a hypothetical and not as a statement of fact, of the application of law to fact or opinions about either.

Plaintiff objects to request Nos. 2-152, 154, and 167-172 as outside of the scope of permissible requests for admissions as set forth in Fed.R.Civ.P 36(a)(1) and 26(b)(1).

Plaintiff admits request Nos. 153, 155, and 156.

Plaintiff denies request Nos. 157-162.

Plaintiff is unable to respond to request No. 163 as no Exhibit D was attached to the request for admissions.

This 20th day of April, 2012.

Respectfully submitted,

Elizabeth Ann Morgan
Georgia Bar No. 522206
Candice D. McKinley
Georgia Bar No. 253892
Flora Manship
Georgia Bar No. 317817

THE MORGAN LAW FIRM P.C.
260 Peachtree Street
Suite 1601
Atlanta, Georgia 30303
TEL: 404-496-5430
morgan@morganlawpc.com
mckinley@morganlawpc.com
manship@morganlawpc.com
*Counsel for the Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

|  |  |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) ) ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | FILE NO. 4:11-cv-00211-HLM |
| ROBIN POPHAM, ) ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I served a copy of **PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS** via e-mail and U.S. Mail to the following attorney of record:

Blair Chintella
1600 Alexandria Court SE
Marietta, GA 30067
(404) 579-9668
bchintel1@gmail.com

<u>s/Elizabeth Ann Morgan</u>
Elizabeth Ann Morgan
Georgia Bar No. 522206
Candice D. McKinley
Georgia Bar No. 253892
Flora Manship
Georgia Bar No. 317817

4

THE MORGAN LAW FIRM P.C.
260 Peachtree Street
Suite 1601
Atlanta, Georgia 30303
TEL: 404-496-5430
morgan@morganlawpc.com
mckinley@morganlawpc.com
manship@morganlawpc.com
*Counsel for the Plaintiff*